

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
VW Credit Leasing, Ltd

**Order Filed on March 14, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:
    Madison V. Podesta,

Debtor.

Case No.:  <u>17-28734 RG</u>

Adv. No.:

Hearing Date:  1/16/19 @ 10:00 a.m.

Judge:  <u>Rosemary Gambardella</u>

## ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: March 14, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

**(Page 2)**
Debtors:  Madison V. Podesta
Case No:  17-28734 RG
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY

_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, VW Credit Leasing, Ltd, Denise Carlon appearing, upon a motion to vacate the automatic stay as to vehicle 2015 AUDI Q3 2.0T PRM-P A, VIN: WA1EFCFS9FR008417, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and John Patrick Pieroni, Esquire, attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that subject vehicle was returned in June of 2018; and

It is further **ORDERED, ADJUDGED and DECREED** that automatic stay as to the subject vehicle is hereby vacated underlined_immediately; and

It is further **ORDERED, ADJUDGED and DECREED** that the Debtor's right to purchase the vehicle is hereby terminated; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is not seeking payment of any outstanding amounts under the lease agreement.

.