UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
VW Credit Leasing, Ltd

In Re:
   Madison V. Podesta,

Debtor.

Order Filed on March 14, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-28734 RG

Adv. No.:

Hearing Date: 1/16/19 @ 10:00 a.m.

Judge: Rosemary Gambardella

# ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: March 14, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

**(Page 2)**
Debtors:  Madison V. Podesta
Case No:  17-28734 RG
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY

---

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, VW Credit Leasing, Ltd, Denise Carlon appearing, upon a motion to vacate the automatic stay as to vehicle 2015 AUDI Q3 2.0T PRM-P A, VIN: WA1EFCFS9FR008417, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and John Patrick Pieroni, Esquire, attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that subject vehicle was returned in June of 2018; and

It is further **ORDERED, ADJUDGED and DECREED** that automatic stay as to the subject vehicle is hereby vacated <u>immediately</u>; and

It is further **ORDERED, ADJUDGED and DECREED** that the Debtor's right to purchase the vehicle is hereby terminated; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is not seeking payment of any outstanding amounts under the lease agreement.

.

United States Bankruptcy Court
District of New Jersey

In re:
Madison V. Podesta
    Debtor

Case No. 17-28734-RG
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Mar 14, 2019
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2019.
db           +Madison V. Podesta,   263 River Rd.,   New Milford, NJ 07646-1721

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2019                                Signature:  /s/Joseph Speetjens 

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    VW Credit Leasing, Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          John Patrick Pieroni    on behalf of Debtor Madison V. Podesta lawpieroni@aol.com, LAWPIERONI@AOL.COM;secpieroni@aol.com
          John R. Morton, Jr.    on behalf of Creditor    Daimler Trust ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
          Kevin Gordon McDonald    on behalf of Creditor    VW Credit Leasing, Ltd kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                 TOTAL: 6